UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO: 8:05-cv-1024-T-23TGW

STAUFFER MANAGEMENT COMPANY, LLC,
et al.,

    Defendants.
_____/

**ORDER**

Pursuant to 28 C.F.R. § 50.7 and section 122(d)(2) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERLCA"), the United States of America lodges (Doc. 3) a consent decree with the Court. Pursuant to 28 C.F.R. § 50.7 and CERCLA, the United States of America may move for entry of the proposed decree after the expiration of the public comment period.

ORDERED in Tampa, Florida, on June 17, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
       Courtroom Deputy